## Mary Demske, Appellant, v. John Crevie, Appellee.

### Gen. No. 43,642.

opinion filed June 10, 1946; released for publication July 1, 1946. Owens & Owens, for appellant; Thomas L. Owens, of counsel; John M. Beverly, J. T. Kiggins and A. J. W. Appell, for appellee; A. J. W. Appell, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**